IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40574
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GONZALO LOPEZ-LEIJA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-97-CR-65-1
- - - - - - - - - -
February 12, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Gonzalo Lopez-Leija (Lopez) appeals his sentence following a guilty plea for reentry after deportation in violation of 8 U.S.C. § 1326. Lopez argues that he was charged with and pleaded guilty to simple reentry following deportation under § 1326(a) and that he could not be sentenced under § 1326(b) because the indictment did not allege that he had a prior felony conviction. His argument is foreclosed by this court's decision in United States v. Vasquez-Olvera, 999 F.2d 943, 945-47 (5th Cir. 1993).

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.